# United States Court of Appeals
## For the First Circuit

No. 23-2036

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors,

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of the Puerto Rico Electric Power Authority; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS; CORTLAND CAPITAL MARKET SERVICES LLC, as Administrative Agent; SOLA LTD.; SOLUS OPPORTUNITIES FUND 5 LP; ULTRA MASTER LTD; ULTRA NB LLC; UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC. (UTIER); SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTICA (SREAEE),

Plaintiffs-Appellees,

v.

ASSURED GUARANTY CORP.; ASSURED GUARANTY MUNICIPAL CORP.,

Defendants-Appellants,

U.S. BANK NATIONAL ASSOCIATION, as Trustee; NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION; GOLDENTREE ASSET MANAGEMENT LP; SYNCORA GUARANTEE, INC.; BLACK ROCK FINANCIAL MANAGEMENT, INC.; FRANKLIN ADVISERS, INC.; NUVEEN ASSET MANAGEMENT, LLC; TACONIC CAPITAL ADVISORS L.P.; WHITEBOX ADVISORS LLC; ALLIANCE BERNSTEIN L.P.; ARISTEIA CAPITAL, L.L.C.; CAPITAL RESEARCH AND MANAGEMENT COMPANY; COLUMBIA MANAGEMENT INVESTMENT ADVISORS, LLC; DELAWARE MANAGEMENT COMPANY, a series of Macquarie Investment Management Business Trust to the Form 2019; ELLINGTON MANAGEMENT GROUP, L.L.C.; GOLDMAN SACHS ASSET MANAGEMENT L.P.; INVESCO ADVISERS, INC.; MACKAY SHIELDS LLC; MASSACHUSETTS FINANCIAL SERVICES COMPANY; RUSSELL INVESTMENT COMPANY, on behalf of Russell Investment Company Tax-Exempt High Yield Bond Fund; SIG STRUCTURED PRODUCTS, LLC; T. ROWE PRICE; TOWER BAY ASSET MANAGEMENT,

Defendants-Appellees.

_____

## ORDER OF COURT

Entered: December 11, 2023
Pursuant to 1st Cir. R. 27.0(d)

This court has received four motions to expedite briefing and argument, one in Financial Oversight and Management Board, et al. v. Assured Guaranty Corp., et al., No. 23-2036; one in Financial Oversight and Management Board, et al. v. GoldenTree Asset Management LP, et al., No. 23-2049; one in Financial Oversight and Management Board, et al. v. U.S. Bank National Association, No. 23-2052; and one in Financial Oversight and Management Board, et al. v. Alliance Bernstein L.P., et al., No. 23-2057. The motions appear to contemplate a single briefing schedule for all seven appeals arising from Financial Oversight and Management Board v. U.S. Bank National Association, as Trustee, et al., No. 19-ap-00391-LTS. Any party to any of the appeals who wishes to file a response to the motions shall do so on or before **2:00 p.m. EST on Monday, December 11, 2023**. This order shall be docketed in each of the pending appeals.

By the Court:

Maria R. Hamilton, Clerk

cc:
Sylvia M. Arizmendi-Lopez de Victoria, Nicholas Baker, Ehud Barak, Matthew S. Barr, Nicholas A. Bassett, Hermann D. Bauer-Alvarez, Robert Berezin, Martin J. Bienenstock, George Alexander Bongartz, G. Eric Brunstad Jr., Heriberto Burgos Pérez, Ricardo Burgos-Vargas, Iris Jannette Cabrera-Gomez, Alexandra C. Casellas-Cabrera, Ricardo F. Casellas-Sánchez, Juan J. Casillas-Ayala, Michael Cassel, Claudine Columbres, John K. Cunningham, Thomas J. Curtin,

Margaret Antinori Dale, Luis Francisco Del-Valle-Emmanuelli, Daniel Steven Desatnik, Luc A. Despins, Maria Jennifer DiConza, Jared M. DuBosar, John T. Duffey, Mark C. Ellenberg, Rolando Emmanuelli-Jimenez, Rafael Escalera-Rodriguez, Cristina B. Fernández-Niggerman, Israel Fernandez-Rodriguez, Bryce L. Friedman, Peter M. Friedman, Fernando J. Gierbolini-González, Isaac Glassman, Jesse L. Green, Howard Robert Hawkins Jr., David A. Herman, Angela K. Herring, Eric Mark Kay, Susheel Kirpalani, Emil A. Kleinhaus, Glenn Kurtz, Thomas Lauria, Jeffrey W. Levitan, Thomas E. MacWright, Luis C. Marini-Biaggi, Richard G. Mason, Michael Charles McCarthy, Elizabeth Lemond McKeen, Jessica Esther Mendez-Colberg, Michael T. Mervis, Nancy A. Mitchell, Dora L. Monserrate, Gabriel Morgan, William J. Natbony, Zoe Negron Comas, Juan Carlos Nieves-Gonzalez, Luis A. Oliver-Fraticelli, Gabriel Luis Olivera Dubon, Rafael A. Ortiz-Mendoza, Ashley M. Pavel, William Z. Pentelovitch, Eric Perez-Ochoa, Nayda I. Perez-Roman, Diana Perez-Seda, Sarah E. Phillips, Jonathan D. Polkes, Paul V. Possinger, Lydia Margarita Ramos-Cruz, John J. Rapisardi, Jason M. Reed, Jose Ramon Rivera-Morales, Carlos R. Rivera-Ortiz, Daniel A. Salinas-Serrano, Richard James Schell-Gonzalez, Casey J. Servais, Daniel S. Shamah, Michael C. Shepherd, Elliot Rainer Stevens, Matthew Triggs, Eric A. Tulla, Carolina Velaz-Rivero, Clark T. Whitmore, Kevin Wofford, Amy R. Wolf, Stephen D. Zide, Nayuan Zouairabani-Trinidad