No. 23-2036

# *United States Court of Appeals for the First Circuit*

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

*Debtors,*

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of the Puerto Rico Electric Power Authority; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS; CORTLAND CAPITAL MARKET SERVICES LLC, as Administrative Agent; SOLA LTD.; SOLUS OPPORTUNITIES FUND 5 LP; ULTRA MASTER LTD; ULTRA NB LLC; UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC. (UTIER); SISTEMA DE RETIRO DE LOS

EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTICA (SREAEE),

*Plaintiffs-Appellees*, v.

ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP.,

*Defendants-Appellants*,

U.S. BANK NATIONAL ASSOCIATION, as Trustee; NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION; GOLDENTREE ASSET MANAGEMENT LP; SYNCORA GUARANTEE, INC.; INVESCO ADVISERS, INC.; BLACK ROCK FINANCIAL MANAGEMENT, INC.; FRANKLIN ADVISERS, INC.; NUVEEN ASSET MANAGEMENT, LLC; TACONIC CAPITAL ADVISORS L.P.; WHITEBOX ADVISORS LLC,

*Defendants-Appellees*.

Appeal from the U.S. District Court
for the District of Puerto Rico, Adv. Proc. No. 19-00391-LTS (The Honorable Laura Taylor Swain)

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE PUERTO RICO ELECTRIC POWER AUTHORITY, AS APPELLEE/CROSS-APPELLANT, IN MOTIONS FOR EXPEDITED APPEAL**

The Official Committee of Unsecured Creditors of the Puerto Rico Electric Power Authority ("PREPA") (the "Committee") respectfully joins in the relief sought by Appellants in their Motions to Expedite the Appeal filed on December 8, 2023 (No. 23-2036), December 9, 2023 (No. 23-2049), December 10, 2023 (No. 23-2057), and December 11, 2023 (No. 23-2052) pursuant to the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2126(d),[1] and First Circuit Internal Operating Procedure VII.B for expedited briefing and consideration of the above-captioned appeal (the "Motion"). The Committee opposes Appellants and certain other appellant parties regarding important issues in this appeal, but the Committee joins the Motions as Appellee/Cross-Appellant because it is critical that the issues in this appeal be resolved prior to the plan confirmation hearing scheduled to commence on March 4, 2024 before the district court (the "Confirmation Hearing").

The plan that the Financial Oversight and Management Board for Puerto Rico ("FOMB"), as representative of PREPA, will submit to the district court for approval on March 4, 2024, materially alters the right

---

[1] References to PROMESA are references to 48 U.S.C. §§ 2101 *et. seq.*

of the Committee's constituents on the specific issues that are the subject of this appeal, and the reasonableness of the compromises included in the plan is largely premised on the uncertainty of how this Court would resolve the issues in this appeal. There is no need to speculate on an eventual ruling by the Court on these issues when all parties can receive this Court's ruling on the appeal before the plan Confirmation Hearing. Therefore, it is in the interest of all parties to the underlying litigation and this appeal, and the district court below, to know the views of the Court of Appeals before the plan Confirmation Hearing.

To that end, the Committee respectfully joins in the request for this Court to grant expedited briefing and hearing pursuant to the schedule provided in Appellants' Motions to Expedite.

Dated: December 11, 2023　Respectfully submitted,

By: /s/ *Luc A. Despins*
Luc A. Despins
Pedro A. Jimenez
Eric D. Stolze
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
(202) 318-6001
lucdespins@paulhastings.com

*Counsel for Appellee/Cross-Appellant,
Official Committee of Unsecured Creditors
of PREPA*

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned certifies that this motion complies with the applicable type- face, type-style, and type-volume limitations. This motion was prepared using a proportionally spaced type (Century, 14 point). Exclusive of the portions exempted by Federal Rule of Appellate Procedure 32(f), this motion contains 644 words. This certificate was prepared in reliance on the word-count function of the word-processing system used to prepare this motion.

December 11, 2023

                                                  */s/ Luc A. Despins*
                                                  Luc A. Despins

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Ap‐ peals for the First Circuit by using the appellate CM/ECF system.

All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Dated: December 11, 2023        /s/ *Luc A. Despins*
                                Luc A. Despins